[Nos. 17196-1-II; 17198-8-II.  Division Two.  August 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNA
RAE RUGGENBERG, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD
A. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, Nos. 92-1-01683-6, 92-1-02350-6, Vicki L. Hogan,
J., entered June 1, 1993. *Affirmed as modified* by unpublished opinion per Houghton, A.C.J., concurred in by
Bridgewater and Fleisher, JJ.


[No. 31816-1-I.  Division One.  August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
MAINE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04323-4, Anthony P. Wartnik, J., entered
November 25, 1992. *Dismissed* by unpublished per curiam
opinion.


[No. 32037-8-I.  Division One.  August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON
JOSEPH LeBLANC, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00747-3, Larry E. McKeeman, J.,
entered December 29, 1992. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Cox and Ellington, JJ.